J. C. TURNER LUMBER CO. et al. v. WILSON & BENNETT AND REYNOLDS & ROGERS et al. (Circuit Court of Appeals, Fifth Circuit. October 14, 1922.) No. 3795. Appeal from the District Court of the United States for the Southern District of Georgia; Beverly D. Evans, Judge. Suit by Frank N. Snell and another against the J. C. Turner Lumber Company and

others. From a decree (Snell v. Frank Snell Sawmill Co., 271 Fed. 696) in favor of Wilson & Bennett and others, on their petition for an allowance of fees, the defendant named and others appeal. Affirmed. E. K. Wilcox, of Valdosta, Ga., and Samuel Silbiger, of Brooklyn, N. Y., for appellants. Max Isaac, of Brunswick, Ga., for appellees. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. In effect the decree appealed from was one allowing to solicitors of a party to the suit a stated fee out of a fund to the bringing of which into court the services rendered by those solicitors contributed, the party represented by them being, by a decree of the court in the case, a beneficiary of such fund. We are of opinion that the record does not show any reversible error. The decree is affirmed.